Elizabeth JENKINS, Plaintiff–
Appellant,

v.

Bob WISE, Governor; Cecil Underwood,
Former Governor; Sandra Ilderton,
former chairperson of the West Virgi-
nia Parole Board, Defendants–Appel-
lees.

No. 01–8027.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 11, 2003.

Decided March 12, 2003.

Elizabeth Jenkins, Appellant Pro Se.

Before MOTZ, TRAXLER, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Elizabeth Jenkins seeks to appeal the
district court's order adopting the report
and recommendation of the magistrate
judge and dismissing Jenkins' civil rights
action brought under 42 U.S.C. § 1983
(2000). We dismiss the appeal for lack of
jurisdiction because the notice of appeal
was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5) or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and jur-
isdictional." *Browder v. Director, Dep't of
Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson*, 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on October 19, 2001. The
notice of appeal was filed on November 20,
2001.* Because Jenkins failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*

---

* We originally remanded this case to the dis-
trict court to determine when Jenkins gave
her notice of appeal to prison officials for
mailing. On remand, the district court held
an evidentiary hearing and determined that

Jenkins handed her notice of appeal to prison
officials on November 20, 2001. The district
court's finding is supported by substantial evi-
dence and we find no bases to disturb it.